# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:16-MJ-283

    -vs-                                           Magistrate Judge Michael J. Newman

DION COLLINS,

    Defendant.

## BINDOVER ORDER

    This case came on for hearing for a Preliminary Examination on Friday, October 21, 2016. Upon the evidence adduced and the testimony presented, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury.

    **IT IS THEREFORE ORDERED** that the Defendant, accordingly, is bound over to the Grand Jury to answer the charge(s) in the United States District Court.

October 21, 2016                                                                   **s/ Michael J. Newman**
                                                                                          United States Magistrate Judge